UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNDA THOMAS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>APEX FINANCIAL<br>MANAGEMENT, LLC,<br>　　　　　　Defendant. | NO: CV-10-067-RMP<br><br>ORDER GRANTING PARTIES STIPULATED MOTION FOR PROTECTIVE ORDER AND GRANTING PLAINITFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT |

　　　Before the Court is Defendant's Motion for a Protective Order (Ct. Rec. 20), the parties' Stipulated Motion for a Protective Order (Ct. Rec. 31), and Plaintiff's Motion for Leave to File a Second Amended Complaint (Ct. Rec. 23).  Defendant Apex is a debt collection service.  Plaintiff, Ms. Thomas, is a consumer.

/ / /

/ / /

ORDER GRANTING PARTIES STIPULATED MOTION FOR PROTECTIVE ORDER AND GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT ~ 1

**1. Motion for a Protective Order**

At the last status conference, the parties discussed a need for an order to protect some of Defendant's confidential, proprietary, or commercially sensitive information. The Court encouraged them to begin by trying to solve the dispute on their own, and they have submitted a stipulated protective order that the Court approves. The stipulated Protective Order is attached to this Order as Appendix A.

**2. Plaintiff's Motion for Leave to File Second Amended Complaint**

Plaintiff states that Defendant's discovery disclosures provide for additional violations under the Fair Debt Collection Practices Act not included in Plaintiff's amended complaint (Ct. Rec. 24 at 2). Fed. R. Civ. P. 15(a)(2) provides that leave to amend a complaint shall be freely given when justice so requires. Defendant has not filed a response to Plaintiff's Motion. Pursuant to L.R. 7.1(e) the Court considers the lack of response as consent to grant Plaintiff's motion. Therefore, the Court grants Plaintiff's Motion to Amend the Complaint.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for a Protective Order (**Ct. Rec. 20**) is **DENIED as MOOT**.

ORDER GRANTING PARTIES STIPULATED MOTION FOR PROTECTIVE ORDER AND GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT ~ 2

2. The parties' Stipulated Motion for Protective Order **(Ct. Rec. 31)** is **GRANTED**. The stipulated Protective Order is attached to this Order as Appendix A.

3. Plaintiff's Motion for Leave to File a Second Amended Complaint (**Ct. Rec. 23**) is **GRANTED**.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 20th day of September, 2010.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Court Judge

ORDER GRANTING PARTIES STIPULATED MOTION FOR PROTECTIVE ORDER AND GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT ~ 3