1   Robert E. Sabido, WSBA No. 29170
    rsabido@cvk-law.com
2   COSGRAVE VERGEER KESTER LLP
    805 SW Broadway, 8th Floor
3   Portland, Oregon 97205
    Telephone:   (503) 323-9000
4   Facsimile:    (503) 323-9019

5   Attorney for Defendant Equable
    Ascent Financial, LLC

6

7                  UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF WASHINGTON

9   LYNDA THOMAS,                    Case No. CV-10-00067 RMP

10          Plaintiff,

11      v.                           **ANSWER, AFFIRMATIVE DEFENSES,**
                                     **AND COUNTERCLAIM OF**
12  APEX FINANCIAL MANAGEMENT, LLC,  **DEFENDANT EQUABLE ASCENT**
    and EQUABLE ASCENT FINANCIAL, LLC **FINANCIAL, LLC**
13  f/k/a HILCO RECEIVABLES, LLC,

14          Defendants.

15

16      Defendant Equable Ascent Financial, LLC ("EAF") answers plaintiff's second

17  amended complaint ("the complaint") as follows:

18                      **NATURE OF ACTION**

19      1.    Admits that this purports to be an action brought under the Fair Debt

20  Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"); the Telephone Consumer

21  Protection Act, 47 U.S.C. §227 ("TCPA"); and the Washington Collection Agency Act,

22  RCW chapter 19.16 ("WCAA"); but denies the applicability of and/or any liability under

23  those statutes.

24                   **JURISDICTION AND VENUE**

25      2.    Admits that this court generally has subject matter jurisdiction over claims

26  under the FDCPA, but denies the remaining allegations in paragraph 2.

Page 1 -  **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF**
          **DEFENDANT EQUABLE ASCENT FINANCIAL, LLC**                    1086983

1    3.    EAF lacks sufficient information to form a belief as to the truth of the

2    allegations in paragraph 3 and, therefore, denies those allegations.

3                                    **PARTIES**

4    4.    Admits, on information and belief, that plaintiff is a natural person.  EAF

5    lacks sufficient information to form a belief as to the truth of the remaining allegations in

6    paragraph 4 and, therefore, denies those allegations.

7    5.    EAF lacks sufficient information to form a belief as to the truth of the

8    allegations in paragraph 5 and, therefore, denies those allegations.

9    6.    Admits it is an entity that purchases accounts but denies the remaining

10    allegations in paragraph 6.

11    7.    Admits the allegations in paragraph 7.

12    8.    Denies the allegations in paragraph 8.

13    9.    Admits the allegations in paragraph 9.

14    10.    Admits the allegations in paragraph 10.

15    11.    Admits the allegations in paragraph 11.

16    12.    Admits the allegations in paragraph 12.

17    13.    Admits that it provides direct servicing of consumer collections for

18    distressed debt buyers other than itself, utilizing its in house platform.

19    14.    Admits the allegations in paragraph 14.

20    15.    Admits the allegations in paragraph 15.

21    16.    Admits the allegations in paragraph 16.

22    17.    Admits that defendant Apex Financial Management, LLC ("Apex") is a

23    limited liability company engaged, from time to time, in the business of attempting to

24    collect debts.  EAF lacks sufficient information to form a belief as to the truth of the

25    remaining allegations in paragraph 17 and, therefore, denies those allegations.

26    / / /

Page 2 -  **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF DEFENDANT EQUABLE ASCENT FINANCIAL, LLC**                                    1086983

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1    18.    EAF lacks sufficient information to form a belief as to the truth of the

2    allegations in paragraph 18 and, therefore, denies those allegations

3    19.    Admits that Apex does business in the office building located at 1120 Lake

4    Cook Road, Buffalo Grove, Illinois 60089, but denies the remaining allegations in

5    paragraph 19.

6    20.    Admits that Apex collects debts.  EAF lacks sufficient information to form a

7    belief as to the truth of the remaining allegations in paragraph 20 and, therefore, denies

8    those allegations.

9    21.    Admits that Apex collects debts.  EAF lacks sufficient information to form a

10    belief as to the truth of the remaining allegations in paragraph 21 and, therefore, denies

11    those allegations.

12    22.    Admits that Apex collects debts.  EAF lacks sufficient information to form a

13    belief as to the truth of the remaining allegations in paragraph 22 and, therefore, denies

14    those allegations.

15    23.    Denies the allegations in paragraph 23.

16    24.    Denies the allegations in paragraph 24.

17    25.    Admits that Apex and EAF do business in the office building located at

18    1120 Lake Cook Road, Buffalo Grove, Illinois.  EAF denies the remaining allegations in

19    paragraph 25.

20    26.    Denies the allegations in paragraph 26.

21    27.    Denies the allegations in paragraph 27.

22    28.    Denies the allegations in paragraph 28.

23    29.    Denies the allegations in paragraph 29.

24    30.    Denies the allegations in paragraph 30.

25    31.    Denies the allegations in paragraph 31.

26    32.    Denies the allegations in paragraph 32.

Page 3 -  **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF DEFENDANT EQUABLE ASCENT FINANCIAL, LLC**    1086983

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1    33.    Denies the allegations in paragraph 33.

2    34.    Denies the allegations in paragraph 34.

3    35.    Denies the allegations in paragraph 35.

4                          **FACTUAL ALLEGATIONS**

5    36.    Admits, on information and belief, that plaintiff is a natural person and that

6    she is listed as the debtor on an account that EAF purchased from another creditor.

7    EAF denies the remaining allegations in paragraph 36.

8    37.    EAF lacks sufficient information to form a belief as to the truth of the

9    allegations in paragraph 37 and, therefore, denies those allegations.

10    38.    Admits that Apex engages, from time to time, in the business of attempting

11    to collect debts.  EAF lacks sufficient information to form a belief as to the truth of the

12    remaining allegations in paragraph 38 and, therefore, denies those allegations.

13    39.    EAF lacks sufficient information to form a belief as to the truth of the

14    allegations in paragraph 39 and, therefore, denies those allegations.

15    40.    EAF lacks sufficient information to form a belief as to the truth of the

16    allegations in paragraph 40 and, therefore, denies those allegations.

17    41.    EAF lacks sufficient information to form a belief as to the truth of the

18    allegations in paragraph 41 and, therefore, denies those allegations.

19    42.    EAF lacks sufficient information to form a belief as to the truth of the

20    allegations in paragraph 42 and, therefore, denies those allegations.

21    43.    EAF lacks sufficient information to form a belief as to the truth of the

22    allegations in paragraph 43 and, therefore, denies those allegations.

23    44.    EAF lacks sufficient information to form a belief as to the truth of the

24    allegations in paragraph 44 and, therefore, denies those allegations.

25    45.    EAF lacks sufficient information to form a belief as to the truth of the

26    allegations in paragraph 45 and, therefore, denies those allegations.

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1    46.    EAF lacks sufficient information to form a belief as to the truth of the
2    allegations in paragraph 46 and, therefore, denies those allegations.

3    47.    EAF lacks sufficient information to form a belief as to the truth of the
4    allegations in paragraph 47 and, therefore, denies those allegations.

5    48.    EAF lacks sufficient information to form a belief as to the truth of the
6    allegations in paragraph 48 and, therefore, denies those allegations.

7    49.    EAF lacks sufficient information to form a belief as to the truth of the
8    allegations in paragraph 49 and, therefore, denies those allegations.

9    50.    EAF lacks sufficient information to form a belief as to the truth of the
10   allegations in paragraph 50 and, therefore, denies those allegations.

11   51.    EAF lacks sufficient information to form a belief as to the truth of the
12   allegations in paragraph 51 and, therefore, denies those allegations.

13   52.    EAF lacks sufficient information to form a belief as to the truth of the
14   allegations in paragraph 52 and, therefore, denies those allegations.

15   53.    EAF lacks sufficient information to form a belief as to the truth of the
16   allegations in paragraph 53 and, therefore, denies those allegations.

17   54.    EAF lacks sufficient information to form a belief as to the truth of the
18   allegations in paragraph 54 and, therefore, denies those allegations.

19   55.    EAF lacks sufficient information to form a belief as to the truth of the
20   allegations in paragraph 55 and, therefore, denies those allegations.

21   56.    EAF lacks sufficient information to form a belief as to the truth of the
22   allegations in paragraph 56 and, therefore, denies those allegations.

23   57.    EAF lacks sufficient information to form a belief as to the truth of the
24   allegations in paragraph 57 and, therefore, denies those allegations.

25   58.    EAF lacks sufficient information to form a belief as to the truth of the
26   allegations in paragraph 58 and, therefore, denies those allegations.

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1086983

1    59.    EAF lacks sufficient information to form a belief as to the truth of the
2 allegations in paragraph 59 and, therefore, denies those allegations.

3    60.    EAF lacks sufficient information to form a belief as to the truth of the
4 allegations in paragraph 60 and, therefore, denies those allegations.

5    61.    EAF lacks sufficient information to form a belief as to the truth of the
6 allegations in paragraph 61 and, therefore, denies those allegations.

7    62.    EAF lacks sufficient information to form a belief as to the truth of the
8 allegations in paragraph 62 and, therefore, denies those allegations.

9    63.    EAF lacks sufficient information to form a belief as to the truth of the
10 allegations in paragraph 63 and, therefore, denies those allegations.

11    64.    EAF lacks sufficient information to form a belief as to the truth of the
12 allegations in paragraph 64 and, therefore, denies those allegations.

13    65.     EAF lacks sufficient information to form a belief as to the truth of the
14 allegations in paragraph 65 and, therefore, denies those allegations.

15    66.    EAF lacks sufficient information to form a belief as to the truth of the
16 allegations in paragraph 66 and, therefore, denies those allegations.

17    67.    EAF lacks sufficient information to form a belief as to the truth of the
18 allegations in paragraph 67 and, therefore, denies those allegations.

19    68.    EAF lacks sufficient information to form a belief as to the truth of the
20 allegations in paragraph 68 and, therefore, denies those allegations.

21    69.    EAF lacks sufficient information to form a belief as to the truth of the
22 allegations in paragraph 69 and, therefore, denies those allegations.

23    70.    EAF lacks sufficient information to form a belief as to the truth of the
24 allegations in paragraph 70 and, therefore, denies those allegations.

25    71.    EAF lacks sufficient information to form a belief as to the truth of the
26 allegations in paragraph 71 and, therefore, denies those allegations.

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1     72.    EAF lacks sufficient information to form a belief as to the truth of the

2    allegations in paragraph 72 and, therefore, denies those allegations.

3                             **COUNT I**

4     73.    As to paragraph 73, EAF admits and denies as alleged above.

5     74.    Denies the allegations in paragraph 74, including subparagraphs a)

6    through f), to the extent those allegations are directed at EAF.  To the extent the

7    allegations are directed at another defendant, they do not require a response from EAF.

8                             **COUNT II**

9     75.    As to paragraph 75, EAF admits and denies as alleged above.

10    76.    Denies the allegations in paragraph 76, including subparagraphs a)

11    through f), to the extent those allegations are directed at EAF.  To the extent the

12    allegations are directed at another defendant, they do not require a response from EAF.

13                          **COUNT III**

14    77.    As to paragraph 77, EAF admits and denies as alleged above.

15    78.    Denies the allegations in paragraph 78, including subparagraphs a)

16    through f), to the extent those allegations are directed at EAF.  To the extent the

17    allegations are directed at another defendant, they do not require a response from EAF.

18                         **COUNT IV**

19    79.    As to paragraph 79, EAF admits and denies as alleged above.

20    80.    Denies the allegations in paragraph 80, including subparagraphs a)

21    through f), to the extent those allegations are directed at EAF.  To the extent the

22    allegations are directed at another defendant, they do not require a response from EAF.

23                         **COUNT V**

24    81.    As to paragraph 81, EAF admits and denies as alleged above.

25    / / /

26    / / /

Page 7 -  **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF DEFENDANT EQUABLE ASCENT FINANCIAL, LLC**

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1086983

1    82.    Denies the allegations in paragraph 82, including subparagraphs a)

2    through f), to the extent those allegations are directed at EAF.  To the extent the

3    allegations are directed at another defendant, they do not require a response from EAF.

4    **COUNT VI**

5    83.    As to paragraph 83, EAF admits and denies as alleged above.

6    84.    Denies the allegations in paragraph 84, including subparagraphs a)

7    through f), to the extent those allegations are directed at EAF.  To the extent the

8    allegations are directed at another defendant, they do not require a response from EAF.

9    **COUNT VII**

10    85.    As to paragraph 85, EAF admits and denies as alleged above.

11    86.    Denies the allegations in paragraph 86, including subparagraphs (1)

12    through (4) and a) through e), to the extent those allegations are directed at EAF.  To

13    the extent the allegations are directed at another defendant, they do not require a

14    response from EAF.

15    87.    Except as specifically admitted, EAF denies each and every allegation of

16    the complaint.

17    **AFFIRMATIVE DEFENSES**

18    88.    Plaintiff fails to state a claim against EAF upon which relief can be

19    granted.

20    89.    Plaintiff has no cause of action against EAF under the FDCPA for one or

21    more of (but not limited to) the following reasons:  (a) EAF is not a "debt collector," as

22    defined by 15 U.S.C. §1692a(6); and (b) EAF did not attempt to collect any debt from

23    plaintiff.

24    90.    Plaintiff has no cause of action against EAF under the TCPA because

25    EAF did not make any telephone calls to plaintiff, using an automatic telephone dialing

26    system or otherwise.

Page 8 -  **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF
DEFENDANT EQUABLE ASCENT FINANCIAL, LLC**                1086983

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1    91.    Plaintiff has no cause of action against EAF under the WCAA for one or

2    more of (but not limited to) the following reasons:  EAF is not a "licensee" or an

3    employee of a "licensee," as that term is defined in RCW 19.16.100(9).

4    92.    Plaintiff's damages, if any, were the result of her own fault or the fault of

5    others for whom EAF is not responsible or liable.

6    93.    Plaintiff's damages, if any, were aggravated by her own failure to use

7    reasonable diligence to mitigate them.

8    94.    To the extent EAF is found to be subject to the FDCPA, any violation of

9    that statute resulted from a bona fide, unintentional error notwithstanding the

10    maintenance of procedures reasonably adapted to avoid any such error.  Therefore,

11    EAF cannot be held liable for any such violation.

12    95.    To the extent EAF is found to be subject to the TCPA, plaintiff consented

13    to be contacted on her cell phone.

14    96.    Plaintiff has sustained no injury to her business or property, or any other

15    cognizable injury or damage.

16    97.    Service of the summons and complaint on EAF was insufficient.

17                                    **COUNTERCLAIM**

18    98.    EAF is entitled to recover its attorney's fees against plaintiff, under 15

19    U.S.C. §1692k(a)(3).

20                            **RESERVATION OF RIGHT TO AMEND**

21    99.    EAF reserves its right to amend and to add further defenses or claims, as

22    relevant information becomes available.

23

24    WHEREFORE, EAF prays for judgment in its favor on plaintiff's claims and on

25    EAF's counterclaim; for dismissal of plaintiff's claims against EAF with prejudice; for

26    / / /

Page 9 -  **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF**
          **DEFENDANT EQUABLE ASCENT FINANCIAL, LLC**

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1086983

1 EAF's attorney's fees, costs and disbursements; and for any other relief that the court

2 decides is proper.

3   DATED: November 16, 2010

4

5         s/ Robert E. Sabido

6         Robert E. Sabido, WSBA No. 29170
          rsabido@cvk-law.com

7         Attorneys for Defendant Equable Ascent
          Financial, LLC

8         COSGRAVE VERGEER KESTER LLP
          805 SW Broadway, 8th Floor

9         Portland, OR 97205
          Telephone: (503) 323-9000

10         Fax: (503) 323-9019

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 10 - **ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM OF
DEFENDANT EQUABLE ASCENT FINANCIAL, LLC**   1086983

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

## CERTIFICATE OF SERVICE

1

     I hereby certify that on November 16, 2010, I electronically filed the foregoing

2

with the Clerk of the Court using the CM/ECF System which will send notification of

3

such filing to the following:

4

5 Jon N. Robbins
Weisberg & Meyers, LLC
3877 N. Deer Lake Road

6 Loon Lake, WA 99148
     AND

7 Aaron D. Radbil
Weisberg & Meyers, LLC

8 5722 S. Flamingo Road, Suite 656
Cooper City, FL 33330

9      Attorneys for Plaintiff

10 Jeffrey I. Hasson
Davenport & Hasson, LLP

11 12707 NE Halsey Street
Portland, OR 97230

12      Attorneys for Defendant Apex Financial Management, LLC

13

14                 s/ Robert E. Sabido
                Robert E. Sabido, WSBA No. 29170

15                 rsabido@cvk-law.com
                Attorney for Defendant

16                    Equable Ascent Financial, LLC
                805 SW Broadway, 8th Floor

17                 Portland, OR 97205
                Telephone: 503.323.9000

18                 Facsimile: 503.323.9019

19

20

21

22

23

24

25

26

Page 1 - **CERTIFICATE OF SERVICE**

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8th Floor
Portland, OR 97205
(503) 323-9000

1086983