Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

Aaron Radbil
WEISBERG & MEYERS, LLC
5722 South Flamingo Road, Ste. 656
Cooper City, FL 33330
954 212 2184
866 577 0963 facsimile
aradbil@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **LYNDA THOMAS**, | Case No. 2:10-cv-00067-RMP |
| Plaintiff, | **JOINT CERTIFICATE AND PROPOSED DISCOVERY PLAN** |
| vs. | |
| **APEX FINANCIAL MANAGEMENT, LLC, and** | |
| **EQUABLE ASCENT FINANCIAL, LLC, f/k/a HILCO RECEIVABLES, LLC** | |
| Defendants. | |

Joint Certificate and Discovery Plan

1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1. Pursuant to this court's minute order dated November 16, 2010, Plaintiff and Defendants attended a "meet and confer" conference and submit this Joint Certificate and Proposed Discovery Plan for the Court's consideration.

2. Nature and Basis of claims and defenses.

This is a case about Defendants' alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and of the Revised Code of Washington, Chapter 19.16, as well as alleged violations of 47 U.S.C. § 227(b)(1)(A), ancillary to the collection efforts at issue.

3. Discovery Plan

A. A statement of when the parties exchanged Federal Rule of Civil Procedure 26(a) initial disclosure.

On May 24, 2010, Plaintiff served her Initial Disclosure on Defendant Apex Financial Management. On June 14, 2010, Defendant Apex Financial Management served its Initial Disclosure on Plaintiff. Defendant Equable Ascent Financial, LLC shall serve its Initial Disclosure on or before December 31, 2010.

B. Subject of Discovery; Process.

Discovery will be necessary as to the allegations in Plaintiff's Complaint as well as the substantive defenses raised by Defendants. The parties anticipate depositions of the parties and depositions, as necessary, of third party witnesses. The parties anticipate filing dispositive motions. The parties propose a deadline for the completion of

Joint Certificate and Discovery Plan

2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

discovery to be June 3, 2011.  The estimated length of trial is three days. The parties are currently exploring settlement and may request a settlement conference at a later date.

  C. Issues relating to disclosure or discovery of electronically stored information.

None at this time.

  D. Issues relating to claims of privilege or work product.

None at this time.

  E. Discovery Limitations

The parties believe the standard rules of discovery should apply.

  F. Other Orders

The parties do not anticipate any additional orders at this time.

Respectfully submitted this 6th day of December 2010.

    s/Jon N. Robbins
    Jon N. Robbins
    WEISBERG & MEYERS, LLC
    Attorney for Plaintiff

    s/Aaron Radbil
    Aaron Radbil
    WEISBERG & MEYERS, LLC
    Attorney for Plaintiff

Joint Certificate and Discovery Plan

3

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

        s/Jeffrey I Hasson  
        Jeffrey I Hasson  
        Davenport & Hasson LLP

        s/Robert E. Sabido  
        Robert E. Sabido  
        Cosgrave Vergeer Kester LLP

Filed electronically on this 6th of December, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 6th day of December, 2010 to:

    Mr. Jeffrey I Hasson  
    Davenport & Hasson LLP  
    12707 NE. Halsey Street  
    Portland OR 97230

    Mr. Robert E. Sabido  
    Cosgrave Vergeer Kester LLP  
    805 SW Broadway  
    8th Floor  
    Portland OR 97205

By: s/ Kimberly Larson  
    Kimberly Larson

Jon N. Robbins  
WEISBERG & MEYERS, LLC  
3877 N. Deer Lake Rd.  
Loon Lake ,WA 99148  
509-232-1882  
866-565-1327 facsimile  
jrobbins@AttorneysForConsumers.com