Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

Aaron D. Radbil
WEISBERG & MEYERS, LLC
5722 S. Flamingo Rd., Ste. 656
Cooper City, FL 33330
786-245-8622
866-577-0963 facsimile
aradbil@attorneysforconsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **LYNDA THOMAS**, | ) Case No. 2:10-CV-00067-RMP |
| | ) |
| Plaintiff, | ) **[CORRECTED]  NOTICE OF** |
| | ) **HEARING FOR PLAINTIFF'S** |
| vs. | ) **MOTION TO DISMISS** |
| | ) **DEFENDANT EQUABLE ASCENT** |
| **APEX FINANCIAL** | ) **FINANCIAL, LLC'S** |
| **MANAGEMENT, LLC, AND** | ) **COUNTERCLAIM** |
| **EQUABLE ASCENT FINANCIAL,** | ) |
| **LLC** | ) |
| | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that, the hearing for Plaintiff's Motion To

Dismiss Defendant Equable Ascent Financial, LLC's Counterclaim, filed on

WEISBERG & MEYERS, LLC
5722 S. Flamingo Rd., Ste. 656
Cooper City, FL 33330
786-245-8622
866-577-0963 facsimile
aradbil@attorneysforconsumers.com

December 7, 2010, is scheduled for **January 27, 2011**, without oral argument before the Hon. Rosanna Malouf Peterson.

Respectfully submitted this 10th day of December, 2010.


s/ Jon N. Robbins
Jon N. Robbins (28991)
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff


s/Aaron Radbil
Aaron Radbil
*Pro Hac Vice*
WEISBERG & MEYERS, LLC
5722 S. Flamingo Rd., Ste. 656
Cooper City, FL 33330
786-245-8622
866-577-0963 facsimile
aradbil@attorneysforconsumers.com
Attorney for Plaintiff

WEISBERG & MEYERS, LLC
5722 S. Flamingo Rd., Ste. 656
Cooper City, FL 33330
786-245-8622
866-577-0963 facsimile
aradbil@attorneysforconsumers.com

# **CERTIFICATE OF SERVICE**

I certify that on this 10th day of December, 2010, I electronically filed the foregoing CORRECTED Notice Of Hearing For Plaintiff's Motion To Strike Defendants' Affirmative Defenses with the clerk of the U.S. District Court, Eastern District of Washington, using the electronic case filing system of the court, which will send notification of such filing to the following:

Robert E. Sabido
Cosgrave Vergeer Kester LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205

Mr. Jeffrey I. Hasson
Davenport & Hasson LLP
12707 NE. Halsey Street
Portland OR 97230

s/ Jon N. Robbins
Jon N. Robbins (28991)
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

WEISBERG & MEYERS, LLC
5722 S. Flamingo Rd., Ste. 656
Cooper City, FL 33330
786-245-8622
866-577-0963 facsimile
aradbil@attorneysforconsumers.com