Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **LYNDA THOMAS**, | ) Case No. 2:10-cv-00067-RMP |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| vs. | ) |
| **APEX FINANCIAL MANAGEMENT, LLC**, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Eastern District of Washington, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th day of December, 2010.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

1  NOTICE OF SETTLEMENT

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1 Filed electronically on this 15th day of December, 2010, with:

2

3 United States District Court CM/ECF system

4 Notification sent electronically via the Court's ECF system this 15th day of December, 2010 to:

5

6 Jeffrey I. Hasson
Attorney at Law
7 Davenport & Hasson, LLP
12707 NE. Halsey Street
8 Portland, OR 97230
9 E-Mail: hasson@dhlaw.biz

10
Mr. Robert E. Sabido
11 Cosgrave Vergeer Kester LLP
805 SW Broadway
12 8th Floor
13 Portland OR 97205
rsabido@cvk-law.com
14

15

16 By: s/Jessica DeCandia
        Jessica DeCandia

17

18

19

20

21

22

23

24

25

26

27

28
2  NOTICE OF SETTLEMENT

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake, WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com