UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LYNDA THOMAS,<br><br>           Plaintiff,<br><br>     v.<br><br>APEX FINANCIAL MANAGEMENT, LLC,<br>and EQUABLE ASCENT FINANCIAL, LLC<br>f/k/a HILCO RECEIVABLES, LLC,<br><br>           Defendants. | Case No. CV-10-00067 RMP<br><br><br>**STIPULATED JUDGMENT<br>OF DISMISSAL** |

IT IS HEREBY STIPULATED by and among the parties that all of plaintiff's claims against all defendants shall be dismissed with prejudice and without attorney fees or costs to any party.

DATED: February 22, 2011

WEISBERG & MEYERS, LLC

/s/ Jon Robbins
Jon N. Robbins, WSBA No. 28991
Aaron D. Radbil, *Pro Hac Vice*
Attorneys for Plaintiff

DAVENPORT & HASSON, LLP

/s/ Jeffrey I. Hasson
Jeffrey I. Hasson, WSBA No. 23741
Attorneys for Defendant
Apex Financial Management, LLC

COSGRAVE VERGEER KESTER LLP

/s/ Robert E. Sabido
Robert E. Sabido, WSBA No. 29170
Attorney for Defendant
Equable Ascent Financial, LLC

Page 1 -  **STIPULATED JUDGMENT OF DISMISSAL**

COSGRAVE VERGEER KESTER LLP
Attorneys
805 SW Broadway, 8ᵗʰ Floor
Portland, OR 97205
(503) 323-9000

1      Based on the parties' stipulation, it is

2      ADJUDGED that all of plaintiff's claims against all defendants are dismissed with

3  prejudice and without attorney fees or costs to any party.

4      DATED:  February ____, 2011

5

6                                        _____

7                                        Hon. Rosanna Malouf Peterson
                                         United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -  **STIPULATED JUDGMENT OF DISMISSAL**                    1123068

## CERTIFICATE OF SERVICE

1

2           I hereby certify that on February 22, 2011, I electronically filed the foregoing with

3    the Clerk of the Court using the CM/ECF System which will send notification of such

4    filing to the following:

5    Jon N. Robbins
Weisberg & Meyers, LLC
6    3877 N. Deer Lake Road
Loon Lake, WA 99148
7         AND
Aaron D. Radbil
8    Weisberg & Meyers, LLC
5722 S. Flamingo Road, Suite 656
9    Cooper City, FL 33330
     Attorneys for Plaintiff

10   Jeffrey I. Hasson
Davenport & Hasson, LLP
11   12707 NE Halsey Street
Portland, OR 97230
12        Attorneys for Defendant Apex Financial Management, LLC

13

14                  /s/ Robert E. Sabido
               Robert E. Sabido
15

16

17

18

19

20

21

22

23

24

25

26

Page 1 - **CERTIFICATE OF SERVICE**

**COSGRAVE VERGEER KESTER LLP**
**Attorneys**
**805 SW Broadway, 8th Floor**
**Portland, OR 97205**
**(503) 323-9000**