1
2
3
4
5          UNITED STATES DISTRICT COURT
6         EASTERN DISTRICT OF WASHINGTON
7

| | |
|---|---|
| LYNDA THOMAS,<br><br>                    Plaintiff,<br><br>        v.<br><br>APEX FINANCIAL MANAGEMENT, LLD, and EQUABLE ASCENT FINANCIAL, LLC, f/k/a HILCO RECEIVABLES, LLC,<br><br>                    Defendants. | NO: CV-10-067-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Stipulated Judgment of Dismissal (Ct. Rec. 58). Having reviewed said stipulation and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Stipulated Judgment of Dismissal (**Ct. Rec. 58** is

   **APPROVED**. Plaintiff's Complaint and any and all counterclaims

   and/or cross-claims are dismissed with prejudice and without costs to any

   party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 23rd day of February, 2011.

       *s/ Rosanna Malouf Peterson*
       ROSANNA MALOUF PETERSON
       Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2